UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

QUINN ANTHONY JAMES,

        Petitioner,              Case No. 1:21-cv-348

v.                                     Honorable Paul L. Maloney

GARY MINIARD,

        Respondent.
_____/

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: May 6, 2021                 /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge