UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

QUINN ANTHONY JAMES,

        Petitioner,                          Case No. 1:21-cv-348

v.                                             Honorable Paul L. Maloney

GARY MINIARD,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated:  May 6, 2021                                 /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                               United States District Judge